# UNITED STATES DISTRICT COURT

**NORTHERN** **DISTRICT OF** **NEW YORK**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAY 22 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES OF AMERICA

v.

Michael Adam
(04/02/1959)

## CRIMINAL COMPLAINT

CASE NUMBER: 09-MJ-__ (RFT)

1:09-mj-221

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or between __October 2007 and May 2009__ in __Albany County and elsewhere__, in the Northern District of New York, defendant(s) did, (Track Statutory Language of Offense)
*use a facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, or entice an individual who has not attained the age of 18 years to engage in a sexual act for which he may be criminally prosecuted*

in violation of Title __18__ United States Code, Section(s) __2422(b)__

I further state that I am a(n) __Investigator with the NYSP__ and that this complaint is based on the following facts:                **Official Title**

1. Over the course of the past approximate 18 months, I have been acting in an undercover capacity posing online as a 13 year old minor and communicating with Michael Adam using the Internet service Yahoo. During most of these communications, he was online in the State of Maryland and at times the State of Georgia and I was online in the Northern District of New York.
2. During these communications, Adam indicated that he was interested in meeting in the Albany area, in part, for the purpose of engaging in, among other things, masturbation, oral sex and vaginal intercourse with who he believed to be a 13 year old minor.
3. On October 22, 2007, Adam communicated, via webcam, with who he believed to be said female minor. During their conversation, he inquired if the minor had ever had sex and invited her to view him on his web camera. He was viewed wearing woman's lace lingerie and then exposed himself and masturbated.
4. On more than one occasion, Adam directed the minor to go to online pornography sites that he recommended in order for her to view pornographic videos with him. This was used to show the minor acts that he wanted to engage in with her. On several occasions he discussed various sexual acts that he wanted to engage in with the minor.
5. Adam is 50 years old.
6. The use of Yahoo to communicate involved electronic transmissions that traveled from the State of New York to the States of Maryland and Georgia.
7. Vaginal intercourse and oral sex between a 13 year old female and a 50 year old male are crimes in the State of New York under the NYS Penal Law.

Continued on the attached and made a part hereof.    ___ Yes    _X_ No

Signature of Complainant
**Mary Barrette**
**Investigator, NYSP**

Sworn to before me, and subscribed in my presence,

__May 22, 2009__                                    at        __Albany, New York__
**Date**                                                             **City and State**

__Magistrate Judge Randolph F. Treece__
**Name and Title of Judicial Officer**              Signature of Judicial Officer